## STANSFIELD v. MAHOWSKY

No. 284 PC

Case below: 46 NC App 829

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 August 1980.

## STATE v. BIDDIX

No. 266 PC

Case below: 46 NC App 606

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.

## STATE v. CLINDING

No. 315 PC

Case below: 47 NC App 374

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.

## STATE v. COLE

No. 242 PC

Case below: 46 NC App 592

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 15 August 1980. Motion of defendant to dismiss appeal for lack of substantial constitutional question allowed 15 August 1980.

## STATE v. COOLEY

No. 382 PC

Case below: 47 NC App 376

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 September 1980. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 16 September 1980.